AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ADIL HADI AWADH
MOHAMMED JASSIM TUMA

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, in his official capacity, as well as his successors and assigns

JULIE L. MYERS, acting Assistant Secretary, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, in her official capacity, as well as her successors and assigns

CAS

Case: 1:08-cv-00078
Assigned To : Collyer, Rosemary M.
Assign. Date : 1/15/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynda S. Zengerle, Esquire
Philip L. Bednar, Esquire
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            JAN 15 2008
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: January 24, 2008 |
| NAME OF SERVER (PRINT): Philip L. Bednar | TITLE: Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X ☐ Other (specify): Certified mail - return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/11/08
　　　　　　　　Date

Signature of Server

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

　　Civil Process Clerk
　　U.S. Attorney's Office
　　555 4th Street, NW
　　Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: 2008

D. Is delivery address different from item 1?  ☐ Yes
　　If YES, enter delivery address below:  ☐ No

3. Service Type
　☒ Certified Mail    ☐ Express Mail
　☐ Registered        ☐ Return Receipt for Merchandise
　☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0000 7407 5943

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540

(1) As to who may s...