## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADIL HADI AWADH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case Number: 1:08CV0078(RMC) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: March 27, 2008

Respectfully submitted,

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2008 I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system.

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114