UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
ADIL HADI AWADH, et al.,                        )
                                                )
        Plaintiffs,                            )
                                                )
   v.                                           )   Case Number: 1:08CV0078(RMC)
                                                )
MICHAEL CHERTOFF, Secretary, United States      )
Department of Homeland Security, et al.,        )
                                                )
        Defendants.                            )
_____ )

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

      Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due April 28, 2008. Defendants' answer currently is due March 28, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants attempted to contact counsel for Plaintiffs this afternoon to obtain Plaintiffs' position on this motion. However, counsel for Plaintiffs had not yet responded as of the time this motion was filed. In support of this motion, Defendants state as follows:

      This is a civil action, in which Plaintiffs (Iraqi nationals who allege they are lawful residents of the United States) seek an order compelling Defendants to complete the adjudication of a petition for review of their custody status. Plaintiffs allege that they entered into a settlement agreement with the former Immigration and Naturalization Service ("INS") in 1999, pursuant to which they could seek periodic review of their status and the rights waived pursuant to that

agreement. Compl. ¶ 1. Plaintiffs further allege that they filed a request for review with the Department of Homeland Security ("DHS") in 2003, and DHS has not adjudicated those requests.

Defendants wish to answer Plaintiffs' complaint expeditiously. However, to prepare an answer, or otherwise respond to the complaint, the undersigned must consult with DHS and DHS's subsidiary U.S. Immigration and Customs Enforcement ("ICE") concerning Plaintiffs' factual allegations, and the facts that support any defense Defendants may raise. Although the undersigned Assistant United States Attorney has made a good faith effort to complete that factual investigation and review of the record in advance of the current filing deadline, she has been unable to do so. Specifically, the Defendant agencies are investigating Plaintiffs' allegations and the facts surrounding the alleged 1999 settlement agreement, but the undersigned has not yet received sufficient factual information from the agencies to prepare an Answer or determine whether a 12(b) motion would be appropriate. Accordingly, Defendants request a 30-day enlargement of time to prepare Defendants' Answer or responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiffs' Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: March 27, 2008                               Respectfully submitted,

                                                    ___/s/_____
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2008 I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system.

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ADIL HADI AWADH, et al.,            )
                                    )
           Plaintiffs,              )
                                    )
     v.                             )   Case Number:  1:08CV0078(RMC)
                                    )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  et al.,  )
                                    )
           Defendants.              )
_____ )

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by April 28, 2008.

SO ORDERED.

_____
United States District Judge