UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADIL HADI AWADH, *et al.*, | ) </br> ) |
| Plaintiffs, | ) </br> ) |
| v. | ) Case No.:  1:08-cv-00078 (RMC) </br> ) |
| MICHAEL CHERTOFF, </br> Secretary, U.S. Department of Homeland Security, *et al.*, | ) </br> ) </br> ) </br> ) |
| Defendants. | ) </br> ) |

**PLAINTIFFS' RESPONSE AND CONSENT TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Plaintiffs Adil Hadi Awadh and Mohammed Jassim Tuma ("Plaintiffs") respond to Defendants Michael Chertoff and Julie L. Myers's ("Defendants") Motion for Enlargement of Time to File Answer [Docket No. 7] (the "Motion") filed on March 27, 2008, as follows.

By Plaintiffs' calculation, the deadline for Defendants to file a responsive pleading has already passed.  A United States officer or employee sued in his or her official capacity must serve an answer to a complaint within 60 days after service on the United States attorney.  Fed. R. Civ. P. 12(a)(2).  Here, the U.S Attorney's Office for the District of Columbia was served by certified mail on January 24, 2008.  *See* Docket Entry No. 5 (copy of certified mail return receipt showing signed receipt of complaint and summons on January 24).  Therefore, the 60-day period for responding ended on March 24, 2008.  Plaintiffs do not agree with Defendants' contention that their answer is due on March 28, 2008.

Another statement in Defendants' Motion merits clarification. Defendants state that "counsel for Plaintiffs had not yet responded" to Defendants' request by the time Defendants filed their Motion. Plaintiffs' counsel received an email from Defendants' counsel the afternoon of March 28 requesting additional time to respond. However, Defendants proceeded to file their Motion in the early evening that same day, within hours of making their original request to Plaintiffs' counsel, and before Plaintiffs' counsel could finish conferring with their clients and evaluating Defendants' proposal.

Nevertheless, in the spirit of cooperation and moving this case forward, Plaintiffs consent to a revised deadline of April 28, 2008, for Defendants to respond to Plaintiffs' Complaint.

Dated: March 28, 2008                          Respectfully submitted,

                                                                                   __/s/ Philip L. Bednar_____
Lynda S. Zengerle, Esquire (D.C. Bar No. 163360)
Philip L. Bednar, Esquire (D.C. Bar No. 493477)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902
Email:  lzengerle@steptoe.com
        pbednar@steptoe.com

Attorneys for Plaintiffs Adil Hadi Awadh and Mohammed Jassim Tuma