UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIL HADI AWADH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., <br><br> Defendants. | Case Number: 1:08CV0078(RMC) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 10 calendar day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due May 8, 2008. Defendants' answer currently is due April 28, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs this afternoon to obtain Plaintiffs' position on this motion, and Plaintiffs consent to the enlargement. In support of this motion, Defendants state as follows:

This is a civil action, in which Plaintiffs (Iraqi nationals who allege they are lawful residents of the United States) seek an order compelling Defendants to complete the adjudication of a petition for review of their custody status. Plaintiffs allege that they entered into a settlement agreement with the former Immigration and Naturalization Service ("INS") in 1999, pursuant to which they could seek periodic review of their status and the rights waived pursuant to that agreement. Compl. ¶ 1. Plaintiffs further allege that they filed requests for review with the

Department of Homeland Security ("DHS") in 2003 and 2005, and that DHS has not adjudicated those requests.

Defendants intend to file a 12(b) motion in lieu of an answer, and counsel for Defendants has made a good faith effort to complete that motion in advance of the April 28, 2008 deadline. However, counsel for Defendants recently learned that, in light of the sensitive nature of the information and issues presented in this litigation, the agency's review of the materials submitted with that motion will take longer than anticipated. Further, due to a recent family medical emergency, the undersigned will likely have to travel outside the Washington, D.C. area this weekend and/or portions of the following week and weekend, and therefore will have less time to devote to this motion than originally expected. Accordingly, Defendants request a 10 calendar day enlargement of the deadline for Defendants' Answer.

Defendants have requested one prior enlargement of the deadline for the answer, which this Court granted. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 10 calendar days to answer Plaintiffs' Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: April 25, 2008                    Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2008 I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system.

                              /s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ADIL HADI AWADH, et al.,           )
                                   )
            Plaintiffs,            )
                                   )
       v.                          )   Case Number:  1:08CV0078(RMC)
                                   )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  et al.,  )
                                   )
            Defendants.            )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by May 8, 2008.

SO ORDERED.

_____
United States District Judge