**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ADIL HADI AWADH, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case Number: 1:08CV0078(RMC) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 7 calendar day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due May 15, 2008. Defendants' answer currently is due May 8, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, Defendants state that the parties' respective counsel have conferred regarding this enlargement, and have agreed that an enlargement would be appropriate in light of recent factual developments. In support of this motion, the parties state as follows:

This is a civil action, in which Plaintiffs (Iraqi nationals who allege they are lawful residents of the United States) seek an order compelling Defendants to complete the adjudication of their petitions for review of their custody status and waived rights. Plaintiffs allege that they entered into a settlement agreement with the former Immigration and Naturalization Service ("INS") in 1999, pursuant to which they could seek periodic review of their status and the rights waived pursuant to that agreement. Compl. ¶ 1. Plaintiffs further allege that they filed requests

for review with the Department of Homeland Security ("DHS") in 2003 and 2005, and that DHS has not adjudicated those requests.

On May 7, 2008, United States Immigration and Customs Enforcement issued a letter to Plaintiffs which responded to Plaintiffs' requests and modified some of the conditions imposed in the settlement agreement. In light of that letter, the parties' respective counsel have been engaged in discussions regarding a potential stipulation to dismiss the case. The parties currently have conflicting views regarding the effect of the May 7, 2008 letter; Defendants contend that the letter renders the case moot, whereas Plaintiffs contend that the letter leaves some issues unresolved. The parties have scheduled a teleconference for May 13, 2008 to attempt to narrow and/or resolve their disputes regarding the scope and content of the May 7, 2008 letter. The outcome of that teleconference may narrow or eliminate the need for litigation. Moreover, the May 7, 2008 letter affects the arguments Defendants will raise in their 12(b) motion, should one be filed. Accordingly, the parties have agreed that it would be appropriate to defer the deadline for Defendants' answer by one week, so that the parties can continue those discussions and negotiations.

Therefore, the parties respectfully request a 7 calendar day enlargement of the deadline for Defendants' Answer. Defendants have requested two prior enlargements of the deadline for the answer, which this Court granted. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 7 calendar days to answer Plaintiffs' Complaint should cause no prejudice.

Dated: May 8, 2008

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

/s/ Philip Bednar by RMM
LYNDA ZENGERLE, D.C. Bar # 163360
PHILIP L. BEDNAR, D.C. Bar # 493477
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-6479 (phone)
(202) 429-3902 (fax)
pbednar@steptoe.com (e-mail)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADIL HADI AWADH, et al.,

Plaintiffs,

v.

MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al.,

Defendants.

Case Number: 1:08CV0078(RMC)

**ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time to File Answer, it is this ______ day of ___________, 2008,

ORDERED that the Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by May 15, 2008.

SO ORDERED.

___________________________________

United States District Judge