UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADIL HADI AWADH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF,<br>Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 1:08-cv-00078 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Lynda S. Zengerle as counsel of record for Plaintiffs Adil Hadi Awadh and Mohammed Jassim Tuma in the above-captioned action.

Dated: June 2, 2008                                  Respectfully submitted,

                                                                                   /s/ Lynda S. Zengerle
                                             Lynda S. Zengerle, Esquire (D.C. Bar No. 163360)
                                             STEPTOE & JOHNSON, LLP
                                             1330 Connecticut Avenue, N.W.
                                             Washington, DC  20036
                                             Telephone:  (202) 429-3000
                                             Facsimile:  (202) 429-3902
                                             Email:  lzengerle@steptoe.com

                                             Counsel for Plaintiffs Adil Hadi Awadh and
                                             Mohammed Jassim Tuma